

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EX PARTE: MARCO ANTONIO
HINOJOS,

Appellant.

§ No. 08-17-00077-CR

§ Appeal from the

§ County Criminal Court No. 2

§ of El Paso County, Texas

§ (TC# 2017DCV0406)

§

**O R D E R**

The Court has this day considered the Appellant's motion for stay of trial court proceeding and concludes the motion should be GRANTED. The Honorable Robert Anchondo shall therefore stay any further proceedings in cause number 20160C03947, styled *The State of Texas v. Marco Antonio Hinojos*, pending further order of this Court.

IT IS SO ORDERED this 23rd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.